ORIGINAL

Gloria G. Medel, Esq., State Bar No. 199462
John B. Larson, Esq., State Bar No. 108813
LARSON & GASTON, LLP
200 South Los Robles Avenue, Suite 530
Pasadena, California 91101
Telephone: (626) 795-6001
Facsimile: (626) 795-0016

Attorneys for Plaintiff,
A.A.C. FOREARM FORKLIFT, INC.

FILED

2013 APR 29 PM 1:57

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA - COUNTY OF ORANGE**

A.A.C. FOREARM FORKLIFT, INC., a California Corporation,

Plaintiff,

v.

TV PRODUCTS (USA), INC., a New York Corporation; MICHAEL VELEZ, an Individual; ALL STAR SOURCE, INC., a North Carolina Corporation; and DOES 1 through 10, inclusive,

Defendants.

Case No. **SACV13-669 CJC(PJWx)**

**COMPLAINT FOR PATENT INFRINGEMENT; DEMAND FOR JURY TRIAL**

Plaintiff, A.A.C. FOREARM FORKLIFT, INC., for its Complaint for Patent Infringement against Defendants, TV PRODUCTS (USA), INC., MICHAEL VELEZ, and ALL STAR SOURCE, INC., alleges as follows:

**PARTIES**

1. Plaintiff, A.A.C. FOREARM FORKLIFT, INC. (hereafter "A.A.C"), is a California Corporation, having its principal place of business at 205 North Aspan Avenue, Unit No. 5, Azusa, California 91702.

2. On information and belief, Defendant TV PRODUCTS (USA), INC., is a New York Corporation, having its principal place of business at 350 5th Avenue, Suite 7513, New York, NY

Pd 350 - 1/5 21

10118, and was at all times mentioned herein and relevant hereto engaged in business in the County of Orange, State of California.

3. On information and belief, Defendant ALL STAR SOURCE, INC., is a North Carolina Corporation, having its principal place of business at 3029 Varcroft Road, Knightdale, North Carolina 27545-6817, and was at all times mentioned herein and relevant hereto engaged in business in the County of Orange, State of California.

4. On information and belief, Defendant MICHAEL VELEZ, is an individual with his principal residence and/or principal place of business at 3029 Varcroft Road, Knightdale, North Carolina 27545-6817, and was at all times mentioned herein and relevant hereto engaged in business in the County of Orange, State of California.

5. On information and belief, Defendants are engaged in the design, manufacture, sale, market within the United States, offering for sale in the United States, use within the United States, importation into the United States, and/or sale after importation into the United States of adjustable lifting and moving straps. On information and belief, Defendants market and sell these products within the United States including, but not limited to, California through their channel business partners and various retailers, including through retail stores and company websites and third party websites.

## JURISDICTION AND VENUE

6. This is an action for patent infringement arising under the patent laws of the United States, Title 35, *United States Code.*

7. This Court has subject matter jurisdiction pursuant to 28 *U.S.C.* §§1331 and 1338(a).

8. On information and belief, Defendants are subject to personal jurisdiction in the Central District of California (the "District"), consistent with the principles of due process and the California Long Arm Statute, because Defendants offer their products for sale in this District, have transacted business in this District, have committed and/or induced acts of patent infringement in this District, and/or have placed infringing products into the stream of commerce through established distribution channels with the expectation that such products will be purchased by

residence of this District.

9. Venue is proper in this District pursuant to 28 *U.S.C.* §§ 1391(b), 1391(c), 1391(d) and 1400(b).

**PATENT INFRINGEMENT COUNTS**

10. A.A.C. is the owner of all right, title, and interest in U.S. Patent Nos. 7,731,069 and 6,039,376 (the "Patents"), which Defendants are infringing and/or inducing others to infringe by making, using, offering to sell, and/or selling in the United States, and/or importing into the United States, products or processes that practice one or more inventions claimed in the A.A.C. Patent.

11. Defendants have profited through infringement of the A.A.C. Patent. As a result of Defendants' unlawful infringement of the A.A.C. Patent, A.A.C. has suffered and will continue to suffer damage. A.A.C. is entitled to recover from Defendants the damages suffered by A.A.C. as a result of Defendants' unlawful acts.

12. On information and belief, Defendants' infringement of one or more of the A.A.C. Patents is willful and deliberate, entitling A.A.C. to enhanced damages and reasonable attorney fees and costs.

13. On information and belief, Defendants intend to continue their unlawful infringing activity, and A.A.C. continues to and will continue to suffer irreparable harm - for which there is no adequate remedy at law - from such unlawful infringing activity unless Defendants are enjoined by this Court.

**COUNT I**

**INFRINGEMENT OF U.S. PATENT NO. 7,731,069**

14. A.A.C. realleges and incorporates by reference the allegations set forth in paragraphs 1 through 13, above.

15. A.A.C. is the owner of all rights, title, and interest in the 7,731,069 Patent, entitled "Enhanced Forearm Furniture Leverage" (hereinafter "069 Patent"), duly and properly issued by the U.S. Patent and Trademark Office on June 8, 2010.

16. Upon information and belief, Defendants have been and/or are directly infringing and/or

inducing infringement of and/or contributorily infringing the 069 Patent by, among other things, making, using, offering to see or selling in the United States, or importing into the United States, products and/or services that are covered by the 069 Patent and will continue to do so unless enjoined by this Court.

17. Upon information and belief, Defendants' infringement is willful and deliberate,

18. Plaintiff has placed the required statutory notice on all of its products manufactured by A.A.C.

## COUNT II

## INFRINGEMENT OF U.S. PATENT NO. 6,039,376

19. A.A.C. realleges and incorporates by reference the allegations set forth in paragraphs 1 through 18, above.

20. A.A.C. is the owner of all right, title and interest in the 6,039,376 Patent, entitled "Forearm Furniture Leverage Straps" (hereinafter "376 Patent"), duly and properly issued by the U.S. Patent and Trademark Office on March 21, 2000.

21. Upon information and belief, Defendants have been and/or are directly infringing and/or inducing infringement of and/or contributorily infringing the 376 Patent by, among other things, making, using, offering to see or selling in the United States, or importing into the United States, products and/or services that are covered by the 376 Patent and will continue to do so unless enjoined by this Court.

22. Upon information and belief, Defendants' infringement is willful and deliberate,

23. Plaintiff has placed the required statutory notice on all of its products manufactured by A.A.C.

## DEMAND FOR JURY TRIAL

24. Pursuant to Rule 38(b) of the *Federal Rules of Civil Procedure,* A.A.C. respectfully requests a trial by jury of all issues properly triable by jury.

///

///

**PRAYER FOR RELIEF**

WHEREFORE, A.A.C. prays for relief as follows:

A. For a judgment declaring that Defendants have infringed on each of the A.A.C. Patents;

B. For a judgment awarding A.A.C. compensatory damages as a result of Defendants' infringement of the A.A.C. Patents, together with interest and costs, and in no event less than a reasonable royalty;

C. For a judgment declaring that Defendants' infringement of A.A.C. Patents has been willful and deliberate;

D. For a judgment awarding A.A.C. treble damages and prejudgment interest under 35 *U.S.C.* § 284, as a result of Defendants' willful and deliberate infringement of the A.A.C. Patents;

E. For a judgment declaring that this case is exceptional and awarding A.A.C. its expenses, costs and attorneys' fees, in accordance with 35 *U.S.C.* §§ 284 and 285, and Rule 54(d) of the *Federal Rules of Civil Procedure*;

F. For a grant of permanent injunction pursuant to 35 *U.S.C.* § 283, enjoining the Defendants from further acts of infringement;

G. That Defendants be required to account for all gains, profits, advantages and unjust enrichment, derived from its violations of law;

H. That Defendants be required to deliver to Plaintiff, for destruction at Plaintiff's option, all products that infringe on the patent-in-suit; and

I. For such other and further relief as the Court deems just and proper.

Dated: April 23, 2013

Respectfully submitted,

LARSON & GASTON, LLP

By ______________________________
Gloria G. Medel, Esq., Attorneys for Plaintiff,
A.A.C. FOREARM FORKLIFT, INC.

ORIGINAL

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself [ ] )

A.A.C. FOREARM FORKLIFT, INC., a California Corporation

**DEFENDANTS** ( Check box if you are representing yourself [ ] )

TV PRODUCTS (USA, INC., a New York Corporation; MICHAEL VELEZ, an Individual; ALL STAR SOURCE, INC., a North Carolina Corporation; and DOES 1 through 10, inclusive

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Gloria G. Medel, Esq. (SBN 199462); LARSON & GASTON, LLP
200 South Los Robles Ave., Suite 530, Pasadena, CA 91101
Telephone: (626) 795-6001 Fax: (626) 795-0016

(b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- [ ] 1. U.S. Government Plaintiff
- [X] 3. Federal Question (U.S. Government Not a Party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. ORIGIN** (Place an X in one box only.)

- [X] 1. Original Proceeding
- [ ] 2. Removed from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred from Another District (Specify)
- [ ] 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** [X] Yes [ ] No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** [ ] Yes [X] No

[ ] **MONEY DEMANDED IN COMPLAINT: $** ____________

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

FOR CAUSES OF ACTION OF INFRINGMENT OF U.S. PATENT NO. 7,731,069 AND FOR INFRINGEMENT OF U.S. PATENT NO. 6,039,376

**VII. NATURE OF SUIT** (Place an X in one box only).

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/Etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced & Corrupt Org.
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Info. Act
- [ ] 896 Arbitration
- [ ] 899 Admin. Procedures Act/Review of Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loan (Excl. Vet.)
- [ ] 153 Recovery of Overpayment of Vet. Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment

**REAL PROPERTY CONT.**
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Fed. Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury-Med Malpratice
- [ ] 365 Personal Injury-Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**TORTS**
**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accomodations
- [ ] 445 American with Disabilities-Employment
- [ ] 446 American with Disabilities-Other
- [ ] 448 Education

**PRISONER PETITIONS**
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus/Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Ret. Inc. Security Act

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [X] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405 (g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405 (g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS-Third Party 26 USC 7609

FOR OFFICE USE ONLY: Case Number: **SACV13-669 CJC(PJWx)**

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ NO ☐ YES

If yes, list case number(s): 

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ NO ☐ YES

If yes, list case number(s): 

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| A.A.C. FOREARM FORKLIFT, INC. - Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | TV PRODUCTS (USA), INC. - State of New York; ALL STAR SOURCE, INC.- State of North Carolina; MICHAEL VELEZ- State of North Carolina |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| **County in this District:*** | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** [signature] DATE: 4/23/13

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| **Nature of Suit Code** | **Abbreviation** | **Substantive Statement of Cause of Action** |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney and the assigned discovery Magistrate Judge is Patrick J. Walsh.

The case number on all documents filed with the Court should read as follows:

**SACV13- 669 CJC (PJWx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
**312 N. Spring St., Rm. G-8**
**Los Angeles, CA 90012**

[ ] **Southern Division**
**411 West Fourth St., Rm. 1-053**
**Santa Ana, CA 92701-4516**

[ ] **Eastern Division**
**3470 Twelfth St., Rm. 134**
**Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Gloria G. Medel, Esq., SBN 199462
LARSON & GASTON, LLP
200 S. Los Robles Ave., Suite 530
Pasadena, CA 91101
Telephone: (626) 795-6001 Fax: (626) 795-0016

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.A.C. FOREARM FORKLIFT, INC., a California Corporation, PLAINTIFF(S) | CASE NUMBER SACV13-669 CJC(PJWx) |
| v. | |
| TV PRODUCTS (USA), INC., a New York Corporation; MICHAEL VELEZ, an Individual; ALL STAR SOURCE, INC., a North Carolina Corporation; and DOES 1 through 10, inclusive, DEFENDANT(S). | **SUMMONS** |

TO: DEFENDANT(S): TV PRODUCTS (USA), INC., a New York Corporation; MICHAEL VELEZ, an Individual; ALL STAR SOURCE, INC., a North Carolina Corporation; and DOES 1 through 10, inclusive,

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ __________ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Gloria G. Medel, Esq., whose address is 200 S. Los Robles Ave., Suite 530, Pasadena, CA 91101. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clark, U.S. District Court

Dated: APR 29 2013

By: NANCY INTERIANO
Deputy Clerk

FOR OFFICE USE ONLY

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*