# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-00669-CJC(PJWx) | Date | May 21, 2014 |
|---|---|---|---|
| Title | AAC Forearm Forklift, Inc., et al v. TV Products USA, Inc., et al | | |

| Present: The Honorable | CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE |
|---|---|

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER CONTINUING ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

      The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution to Plaintiffs on May 9, 2014. Plaintiffs filed a response to the Order to Show Cause on May 16, 2014 and requested additional time to file a motion for entry of default judgment against the only remaining defendant Michael Velez. The Court hereby grants Plaintiff's request and continues the deadline to May 28, 2014.

       : 0

Initials of Preparer  mu